IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVE CARLTON, *et al.*, | § | |
| Plaintiffs, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-15-012 |
| FRED CANNON, *et al.*, | § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
AND TO MODIFY SCHEDULING ORDER**

Lead Plaintiffs, Dave Carlton and Sharon Kegerreis, have filed an Unopposed Motion for Leave to File the Third Amended Class Action Complaint and Modify the Court's December 16, 2014 Briefing Schedule Order. (Docket Entry No. 85). The motion is granted. The plaintiffs must file their Third Amended Class Action Complaint on or before February 13, 2015 **???**. This pleading will replace the prior pleading in its entirety.

The court's December 16, 2014 Briefing Schedule Order, (Docket Entry No. 82), is amended as follows:

- The defendants must file individual motions to dismiss the Third Amended Class Action Complaint, collectively not to exceed 105 pages, by **March 27, 2015**;

- The plaintiffs must file either one brief in opposition to the three individual motions, not to exceed 60 pages, or one brief in opposition to each of the motions, not to exceed the length of the corresponding motion by **April 24, 2015**; and

- The defendants must file individual reply briefs, not to exceed 25 pages each, by **May 22, 2015**.

- Oral argument on the defendants' Motions to Dismiss will be held **June 17, 2015**, at 8:30 a.m. in Courtroom 11-B.

SIGNED on February 27, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge