**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DAVE CARLTON and SHARON KEGERREIS, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    v.<br><br>FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA,<br><br>                     Defendants. | Case No. 4:15-CV-00012<br><br>**NOTICE OF APPEARANCE OF JAN NIELSEN LITTLE** |

918507.01

TO THE COURT AND ALL COUNSEL/PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the following attorney hereby appears in this action as counsel of record for Defendant Vinod Khosla:

> Jan Nielsen Little
> KEKER & VAN NEST LLP
> 633 Battery Street
> San Francisco, CA  94111-1809
> Telephone:  (415) 391-5400
> Facsimile:  (415) 397-7188
> Email:  jlittle@kvn.com

Ms. Little is a member of the Bar of the Southern District of Texas, Bar Number 30994.

Ms. Little respectfully requests that all pleadings, orders, motions, notices and other papers in connection with this action henceforth be served on her.

**KEKER & VAN NEST LLP**

Dated:  March 3, 2015

> By:  */s/ Jan Nielsen Little*
> Jan Nielsen Little
> Fed No. 30994 / CA Bar No. 100029
> 633 Battery Street
> San Francisco, CA 94111-1809
> Telephone:  415 391 5400
> Facsimile:  415 397 7188
>
> Attorneys for Defendant VINOD KHOSLA