UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:15-CV-00012 |
|---|---|---|---|

| DAVE CARLTON and SHARON KEGERREIS, et al. |
|---|
| *versus* |
| FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justina Kahn Sessions<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415.391.5400  jsessions@kvn.com<br>CA SB# 270914 |
|---|---|

| Name of party applicant seeks to appear for: | VINOD KHOSLA |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/10/2015 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: *active* |
|---|
| Dated: 3/26/15  Clerk's signature |

**Order**     This lawyer is admitted *pro hac vice*.

Dated: _____    _____
                                   United States District Judge

# Certificate of Good Standing

United States of District Court        )
                                       ) ss.
Northern District of California        )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Justina Kahn Sessions, Bar No. 270914** was duly admitted to practice in said Court on **October 26th, 2011**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 26, 2015

_____
Richard W. Wieking
Clerk