UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States Courts*
*Southern District of Texas*
*FILED*
*MAR 26 2015*
*David J. Bradley, Clerk of Court*

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:15-CV-00012 |
|---|---|---|---|

| DAVE CARLTON and SHARON KEGERREIS, et al. |
|---|
| *versus* |
| FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Steven P. Ragland<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415.391.5400  sragland@kvn.com<br>CA SB# 221076 |
|---|---|

| Name of party applicant seeks to appear for: | VINOD KHOSLA |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 3/10/2015 | Signed: /s/ |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 3/26/15   Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____        _____
                                    United States District Judge

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )



I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Steven P. Ragland, Bar No. 221076** was duly admitted to practice in said Court on **June 29, 2004**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on February 18, 2015

Richard W. Wieking
Clerk