UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVE CARLTON and SHARON KEGERREIS, Individually and On Behalf of All Others Similarly Situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00012 |
| FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

### [PROPOSED] ORDER

On this day, the Court considered Defendant John Karnes's Motion to Dismiss the Third Amended Class Action Complaint. After considering the Motion, the Response, and all other filings in this matter, the Court has determined that the Motion is in all respects meritorious. It is therefore ORDERED that John Karnes's Motion to Dismiss is GRANTED. All claims asserted against Mr. Karnes in this lawsuit are dismissed with prejudice.

So Ordered.

Dated: _____, 2015

_____
The Hon. Lee Rosenthal