| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED

APR 14 2015

David J. Bradley, Clerk of Court

## Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:15-CV-00012 |
|---|---|---|---|

DAVE CARLTON and SHARON KEGERREIS, et al.

*versus*

FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Julia Sun Choe<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415.391.5400 jchoe@kvn.com<br>CA SB# 287038 |
|---|---|

| Name of party applicant seeks to appear for: | VINOD KHOSLA |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No __✓__<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 4/6/2015 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|

| Dated: 4/14/15 | Clerk's signature *[signature]* |
|---|---|

**Order**         This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                        United States District Judge

# Certificate of Good Standing

United States of District Court  ) 
) ss.
Northern District of California  )



I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that **Julia Sun Choe, Bar No. 287038** was duly admitted to practice in said Court on **March 6, 2015**, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on April 2, 2015

_____
Richard W. Wieking
Clerk