UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON and SHARON KEGERREIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA,<br><br>Defendants. | Civil Action No.: 4:15-cv-00012 (LHR) |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT

On this day, the Court, having considered Defendants Fred Cannon's Motion to Dismiss the Third Amended Class Action Complaint, John K. Karnes's Motion to Dismiss the Third Amended Class Action Complaint, and Vinod Khosla's Motion to Dismiss the Third Amended Class Action Complaint (collectively, "Defendants' Motions to Dismiss"), and papers submitted in connection therewith, and having heard oral argument thereon, hereby

ORDERS that Defendants' Motions to Dismiss are DENIED; and further

ORDERS that the parties appear for a case management conference on _____.

Signed this _____ day of _____ , 20__.

_____
Honorable Lee H. Rosenthal
United States District Judge