UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | HOUSTON | Case Number | 4:15-CV-00012 |
|---|---|---|---|

| DAVE CARLTON and SHARON KEGERREIS, et al. |
|---|
| *versus* |
| FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Justina Kahn Sessions<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>415.391.5400  jsessions@kvn.com<br>CA SB# 270914 |
|---|---|

| Name of party applicant seeks to appear for: | VINOD KHOSLA |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/10/2015 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: | active |
|---|---|
| Dated: 3/26/15 | Clerk's signature [signature] |

**Order**

Dated: April 27, 2015

This lawyer is admitted *pro hac vice*.

[signature] Lee H. Rosenthal
United States District Judge