UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON and SHARON KEGERREIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA, et al.,<br><br>Defendants. | Case No. 4:15-cv-00012 |

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

Lead Plaintiffs respectfully submit this Notice of Supplemental Authority to advise the Court of United States District Judge Lee H. Rosenthal's recent decision in *Kohut v. KBR, Inc., et al.,* Case No. 4:14-cv-01287, Docket No. 76 (S.D.T.X. September 3, 2015) ("*KBR*"), attached as Exhibit A. In *KBR*, the executive defendants touted the certain contracts as being key to KBR, Inc.'s financial performance and highly profitable. *Id.* at 26, 42. The Court held that these statements were materially false and/or misleading, and made with scienter because "the Individual Defendants touted the contracts knowing that no design drawings were used in estimating costs . . . ." *Id.* at 30, 53. Here, Lead Plaintiffs allege that Defendants' statements similarly lacked a reasonable basis in fact.

1

Dated: October 5, 2015

Respectfully Submitted,

LEVI & KORSINSKY LLP

/s/ Adam Apton
Nicholas I. Porritt
Adam M. Apton
30 Broad Street, 24th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171


THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Lead Plaintiffs and Co-Lead Counsel for Class*


GASCOYNE & BULLION, P.C.
James Gascoyne
(Fed No. 1980 / Tx. No. 07744800)
77 Sugar Creek Center Blvd.
Sugar Land, Texas 77478
281-340-7000 (phone)
281-340-7001 (fax)

*Liaison Counsel for Co-Lead Plaintiffs and Class*

4838-9293-2649, v. 1