UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVE CARLTON AND SHARON KEGERREIS, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:15-cv-00012 |
| FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA, | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

Amy Pharr Hefley of the law firm of Baker Botts L.L.P. hereby enters her appearance as counsel in the above-referenced action on behalf of Defendant Fred Cannon and requests that she receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Amy Pharr Hefley*
David D. Sterling
*Attorney-In-Charge*
Texas Bar No. 19170000
Federal I.D. No. 07079
Amy Pharr Hefley
State Bar No. 24046046
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Fax: (713) 229-1522
david.sterling@bakerbotts.com
amy.hefley@bakerbotts.com

**ATTORNEYS FOR DEFENDANT FRED CANNON**

*Of Counsel:*
(admitted *pro hac vice*)
Michael G. Bongiorno
Peter J. Kolovos
Peter A. Spaeth
Gregory D. Chisholm
Alexandra C. Boudreau
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
michael.bongiorno@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF and/or electronic mail on all counsel of record on this 14th day of April, 2016.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley