UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON AND SHARON KEGERREIS, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FRED CANNON, JOHN K. KARNES, and VINOD KHOSLA,<br><br>Defendants. | Civil Action No. 4:15-cv-00012 |

## DEFENDANT CANNON'S NOTICE OF WITHDRAWAL OF COUNSEL

Counsel for Defendant Fred Cannon ("Cannon") hereby notifies the Court of the withdrawal of Gregory D. Chisholm and Cristina Espinosa Rodriguez as counsel in the above-captioned matter. As of March 26, 2016, Mr. Chisholm is no longer associated with Wilmer Cutler Pickering Hale and Dorr LLP, while Ms. Rodriguez has not been associated with Baker Botts L.L.P. since July 2015. We respectfully request that their names be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel of record for Cannon remain unchanged.

| | |
|---|---|
| Respectfully submitted, | BAKER BOTTS L.L.P. |
| *Of Counsel:* | By: */s/ David D. Sterling* |
| (admitted *pro hac vice*) | David D. Sterling |
| Michael G. Bongiorno | *Attorney-In-Charge* |
| Peter J. Kolovos | Texas Bar No. 19170000 |
| Peter A. Spaeth | Federal I.D. No. 07079 |
| Alexandra C. Boudreau | Amy Pharr Hefley |
| WILMER CUTLER PICKERING | State Bar No. 24046046 |
|    HALE AND DORR LLP | One Shell Plaza |
| 60 State Street | 910 Louisiana Street |
| Boston, Massachusetts 02109 | Houston, Texas 77002 |
| Telephone: (617) 526-6000 | Telephone: (713) 229-1234 |
| Fax: (617) 526-5000 | Fax: (713) 229-1522 |
| michael.bongiorno@wilmerhale.com | david.sterling@bakerbotts.com |
| | amy.hefley@bakerbotts.com |

**ATTORNEYS FOR DEFENDANT FRED CANNON**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF and/or electronic mail on all counsel of record on this 14th day of April, 2015.

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley