UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRED CANNON, *et al.*, <br><br> Defendants. | No. 4:15-cv-00012 <br><br> District Judge Lee H. Rosenthal |

## NOTICE OF APPEARANCE

Notice is hereby given that undersigned counsel, N. Scott Fletcher, of the law firm Jones Day, is entering his appearance in the above-referenced action on behalf of Defendant Fred Cannon. Mr. Fletcher requests that he receive electronic notice of all filings in the above-referenced action through the Court's electronic filing system.

Dated: May 20, 2016

Respectfully submitted,

*/s/ N. Scott Fletcher*
N. Scott Fletcher
Texas Bar No. 00789046
Southern District of Texas Bar No. 16546
sfletcher@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002-2712
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served via submission to the Court's Electronic Case Filing System on May 20, 2016 upon the following counsel of record:

| | |
|---|---|
| **Nicholas Porritt**<br>**Adam Marc Apton**<br>Levi & Korsinsky, LLP<br>1101 30th Street NW, Ste. 115<br>Washington, DC 20007<br>202-524-4290<br>ATTORNEYS FOR PLAINTIFFS | **Peter A. Spaeth**<br>**Peter J. Kolovos**<br>**Michael G. Bongiorno**<br>**Alexandra Boudreau**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6150<br>ATTORNEYS FOR DEFENDANT FRED CANNON |
| **R. Dean Gresham**<br>GRESHAM pc<br>2911 Turtle Creek Blvd<br>Ste 1400<br>Dallas, TX 75219<br>(469) 916-0524<br>ATTORNEY FOR PLAINTIFF DAVE CARLTON | **Noelle M Reed**<br>**Wallis Mizell Hampton**<br>Skadden Arps et al<br>1000 Louisiana Street<br>Suite 6800<br>Houston, TX 77002<br>713-655-5122<br>ATTORNEYS FOR DEFENDANT JOHN K. KARNES |
| **Laurence M Rosen**<br>**Phillip Kim**<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>34th Floor<br>New York, NY 70016<br>212-686-1060<br>ATTORNEYS FOR PLAINTIFF DAVE CARLTON AND SHARON KEGERREIS | **Jan Nielsen Little**<br>**Julia Sun Choe**<br>**Steven P. Ragland**<br>**Justina Kahn Sessions**<br>Keker Van Nest LLP<br>633 Battery St<br>San Francisco, CA 94111<br>415-391-5400<br>ATTORNEYS FOR DEFENDANT VINOD KHOSLA |
| **James L Gascoyne**<br>Gascoyne Bullion PC<br>77 Sugar Creek Center Blvd<br>Ste 280<br>Sugar Land, TX 77478<br>281-340-7000 | **Amy Pharr Hefley**<br>**David D. Sterling**<br>Baker Botts<br>One Shell Plz<br>910 Louisiana Street<br>Houston, TX 77002 |

3

| ATTORNEY FOR PLAINTIFF<br>SHARON KEGERREIS | 713-229-1270<br>ATTORNEYS FOR DEFENDANT<br>FRED CANNON |
|---|---|

          */s/ N. Scott Fletcher*
          N. Scott Fletcher