UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRED CANNON, *et al.*, <br><br> Defendants. | No. 4:15-cv-00012 <br><br> District Judge Lee H. Rosenthal |

### DEFENDANT CANNON'S NOTICE OF WITHDRAWAL OF COUNSEL

Defendant Fred Cannon ("Cannon"), through undersigned counsel, hereby notifies the Court of the withdrawal of Amy Pharr Hefley and David D. Sterling, both of the law firm Baker Botts LLP, as counsel in the above-captioned matter. Cannon respectfully request that their names be removed from all applicable service lists, including Notices of Electronic Filing. Cannon continues to be represented by the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  Further, the undersigned counsel, Elizabeth G. Myers, and N. Scott Fletcher, both of the law firm Jones Day, have entered their appearances in the above-referenced action on behalf of Cannon.

Dated:  May 20, 2016

Respectfully submitted,

*/s/ Elizabeth G. Myers*
Elizabeth G. Myers
Texas Bar No. 24047767
Southern District of Texas Bar No. 611670
egmyers@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, Texas  77002-2712
Telephone:  (832) 239-3939
Facsimile:  (832) 239-3600

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served via submission to the Court's Electronic Case Filing System on May 20, 2016 upon the following counsel of record:

| | |
|---|---|
| **Nicholas Porritt**<br>**Adam Marc Apton**<br>Levi & Korsinsky, LLP<br>1101 30th Street NW, Ste. 115<br>Washington, DC 20007<br>202-524-4290<br>ATTORNEYS FOR PLAINTIFFS | **Peter A. Spaeth**<br>**Peter J. Kolovos**<br>**Michael G. Bongiorno**<br>**Alexandra Boudreau**<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>617-526-6150<br>ATTORNEYS FOR DEFENDANT FRED CANNON |
| **R. Dean Gresham**<br>GRESHAM pc<br>2911 Turtle Creek Blvd<br>Ste 1400<br>Dallas, TX 75219<br>(469) 916-0524<br>ATTORNEY FOR PLAINTIFF DAVE CARLTON | **Noelle M Reed**<br>**Wallis Mizell Hampton**<br>Skadden Arps et al<br>1000 Louisiana Street<br>Suite 6800<br>Houston, TX 77002<br>713-655-5122<br>ATTORNEYS FOR DEFENDANT JOHN K. KARNES |
| **Laurence M Rosen**<br>**Phillip Kim**<br>The Rosen Law Firm, P.A.<br>275 Madison Ave<br>34th Floor<br>New York, NY 70016<br>212-686-1060<br>ATTORNEYS FOR PLAINTIFF DAVE CARLTON AND SHARON KEGERREIS | **Jan Nielsen Little**<br>**Julia Sun Choe**<br>**Steven P. Ragland**<br>**Justina Kahn Sessions**<br>Keker Van Nest LLP<br>633 Battery St<br>San Francisco, CA 94111<br>415-391-5400<br>ATTORNEYS FOR DEFENDANT VINOD KHOSLA |
| **James L Gascoyne**<br>Gascoyne Bullion PC<br>77 Sugar Creek Center Blvd<br>Ste 280<br>Sugar Land, TX 77478<br>281-340-7000 | **Amy Pharr Hefley**<br>**David D. Sterling**<br>Baker Botts<br>One Shell Plz<br>910 Louisiana Street<br>Houston, TX 77002 |

| ATTORNEY FOR PLAINTIFF SHARON KEGERREIS | 713-229-1270 ATTORNEYS FOR DEFENDANT FRED CANNON |
|---|---|

*/s/ Elizabeth G. Myers*
Elizabeth G. Myers