UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

DAVE CARLTON and SHARON KEGERREIS,
Individually and on Behalf of All Others Persons
Similarly Situated,

          Plaintiff,

v.

FRED CANNON, JOHN K. KARNES, and
VINOD KHOSLA,

          Defendants.

Civil Action No.: 4:15-cv-00012 (LHR)

### LEAD PLAINTIFF'S MOTION FOR RECONSIDERATION OF JUDGMENT TO DISMISS CLAIMS AGAINST JOHN K. KARNES

Lead Plaintiffs Dave Carlton and Sharon Kegerreis (collectively, "Lead Plaintiffs"), by counsel, will hereby move this Court for an Order (attached hereto) for to reconsider the decision and order dismissing Lead Plaintiffs' claims against John H. Karnes ("Karnes") pursuant to Federal Rule of Civil Procedure 59(e). Lead Plaintiffs make this motion timely pursuant to the Court's Order dated May 25, 2015 providing for the instant motion to be filed on or before June 10, 2016.

In support of this Motion, Lead Plaintiffs submit herewith a Memorandum of Law dated June 10, 2016.

### COMPLIANCE WITH LOCAL RULE 7.1(D)

Plaintiffs have conferred with Defendants. The parties do not agree on the disposition of the Motion.

1

Dated: June 10, 2016

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ Adam Apton
Nicholas I. Porritt (*admitted pro hac vice*)
Adam M. Apton (*admitted pro hac vice*)
1101 30th Street, NW, Suite 115
Washington, DC 20007
202-524-4290 (phone)
202-333-2121 (fax)

**THE ROSEN LAW FIRM**
Lawrence M. Rosen (*admitted pro hac vice*)
Phillip Kim (*admitted pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
212-686-1060 (phone)
212-202-3827

*Co-Lead Counsel*

**GASCOYNE & BULLION, P.C.**
James Gascoyne
(Fed No. 1980 / Tx. No. 07744800)
77 Sugar Creek Center Blvd.
Sugar Land, Texas 77478
281-340-7000 (phone)
281-340-7001 (fax)

*Liaison Counsel*