IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRED CANNON, *et al*., <br><br> Defendants. | Civil Action No.: H-15-012 |

### PLAINTIFFS' OPPOSED MOTION FOR LEAVE TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)

Lead Plaintiffs Dave Carlton and Sharon Kegerreis (collectively, the "Plaintiffs"), by counsel, will hereby move this Court for an Order (attached hereto) for leave to amend the complaint pursuant to Fed. R. Civ. P. 15(a)(2).

In support of this Motion, Plaintiffs submit herewith a Memorandum of Law dated October 14, 2016, and a copy of the proposed amended complaint (in redline and clean format).

### COMPLIANCE WITH LOCAL RULE 7.1(D)

Plaintiffs have conferred with Defendant. The parties do not agree on the disposition of the Motion.

Dated: October 17, 2016

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: ___/s/ Adam Apton___
Nicholas I. Porritt (*admitted pro hac vice*)
Adam M. Apton (*admitted pro hac vice*)
1101 30th Street, NW, Suite 115
Washington, DC 20007
202-524-4290 (phone)
202-333-2121 (fax)

**THE ROSEN LAW FIRM**
Lawrence M. Rosen (*admitted pro hac vice)*
Phillip Kim (*admitted pro hac vice*)
275 Madison Avenue, 34th Floor
New York, NY 10016
212-686-1060 (phone)
212-202-3827

*Co-Lead Counsel*


**GASCOYNE & BULLION, P.C.**
James Gascoyne
(Fed No. 1980 / Tx. No. 07744800)
77 Sugar Creek Center Blvd.
Sugar Land, Texas 77478
281-340-7000 (phone)
281-340-7001 (fax)

*Liaison Counsel*