**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| DAVE CARLTON, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>FRED CANNON, *et al.*,<br><br>          Defendants. | Civil Action No.: H-15-012 |

**[PROPOSED] ORDER RE: MOTION FOR LEAVE TO AMEND THE
COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**

On this day, the Court considered Lead Plaintiffs Dave Carlton and Sharon Kegerreis (collectively, the "Plaintiffs")'s Motion for Leave to Amend the Complaint Pursuant to Fed. R. Civ. P. 15(a)(2),

The Motion for leave to file an amended complaint is GRANTED.

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs shall file the amended complaint in substantially similar form within seven (7) days of the date of entry of this order.

It is hereby FURTHER ORDERED, ADJUDGED, and DECREED that Defendant shall answer or otherwise respond to the amended pleading within fourteen (14) days of the amended pleading being filed.

SIGNED this _____ day of _____, 2016.


_____
THE HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

1