UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Michael Berry, et al.

*versus*                                                                 Case Number: 4:15−cv−00012

Fred Cannon, et al.

# **NOTICE OF NON−COMPLIANCE**

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: October 24, 2016.

David J. Bradley, Clerk