UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRED CANNON, *et al.*, <br><br> Defendants. | No.: 4:15-cv-00012 <br><br> CLASS ACTION <br><br> Chief Judge Lee H. Rosenthal |

**LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFFS**

PLEASE TAKE NOTICE Lead Plaintiffs Dave Carlton and Sharon Kegerreis ("Lead Plaintiffs"), by and through their attorneys, individually and on behalf of all others similarly situated, will and hereby do move this Court on May 30, 2017 at 8:30 a.m., the date and time previously set by the Honorable Lee H. Rosenthal, Courtroom 11-B, United States District Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002 for an order: (i) awarding attorneys' fees, (ii) awarding reimbursement of litigation expenses, and (iii) approving a compensatory award to Lead Plaintiffs.

This motion is based on the accompanying: (i) Memorandum of Law in Support of Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs; (ii) Declaration of Phillip Kim in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Lead Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Expenses, and Award to Lead Plaintiffs and the exhibits attached thereto; and (iii) the pleadings and records on

1

file in this action, including the Stipulation and Agreement of Settlement (the "Stipulation")(Dkt. No. 141) and the exhibits thereto, and other such matters and argument as the Court may consider at the hearing on this motion.

Dated: April 26, 2017                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (*pro hac vice*)
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

**LEVI & KORSINSKY LLP**
Nicholas I. Porritt, Esq. (*pro hac vice*)
Adam M. Apton, Esq. (*pro hac vice*)
1101 30th Street NW, Suite 115
Washington, D.C. 20007
Telephone: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Lead Counsel for Lead Plaintiffs and Class*

**GASCOYNE & BULLION, P.C.**
James Gascoyne
77 Sugar Creek Center Blvd.
Sugar Land, Texas 77478
Tel: 281-340-7000

*Liaison Counsel for Lead Plaintiffs and Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th of April, 2017, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim
Phillip Kim