# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVE CARLTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FRED CANNON, *et al.*,<br><br>Defendants. | No.: 4:15-cv-00012<br><br>CLASS ACTION<br><br>District Judge Lee H. Rosenthal |

### SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING THE MAILING OF THE NOTICE AND CLAIM FORM, REQUESTS FOR EXCLUSION RECEIVED AND OBJECTIONS SUBMITTED

I, Josephine Bravata, declare:

1. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the mailing of the Notice and Claim Form, the requests for exclusion received, and objections submitted. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

2. I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over three-hundred and twenty-five (325) class action cases since its inception.

3. As noted in the Declaration of Josephine Bravata Concerning the Mailing of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form (the "Bravata Declaration") dated April 25, 2017, SCS mailed or e-mailed 1,461 letters to

1

the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. In addition, SCS mailed 22,786 Notice and Claim Forms to potential Class Members or nominees. Of those 22,786 Notice and Claim Forms, SCS mailed 131 Notice and Claim Forms to individuals and organizations from the shareholders' list provided by the transfer agent and 22,655 Notice and Claim Forms were requested by, and provided to, the Nominee Account Holders and Institutional Groups and other individuals. Since the Bravata Declaration, no additional Notice and Claim Forms have been requested or sent to potential Class Members or nominees.

4. To date, SCS has received three requests for exclusion. One exclusion request was attached as Exhibit D to the Bravata Declaration. The additional two requests for exclusion are attached as **Exhibit A**. The deadline to submit a request for exclusion was May 9, 2017.

5. To date, SCS has not received an objection to the Settlement, any part of the Settlement, Lead Counsel's motion for attorneys' fees and expenses and application for an award to Lead Plaintiffs. The deadline to file an objection was May 9, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of May 2017, in Media, Pennsylvania.

_Josephine Bravata_
Josephine Bravata

Name: Dane Larson
Address: REDACTED
Phone #: REDACTED
E-mail: REDACTED

I request to be excluded from the Settlement Class in Carlton, et al., v. Cannon, et al., Case No. 4:15-cv-00012 (S.D. Tex.)

I bought 275 shares of KiOR securities on 3/6/14 at $1.51/share.
I sold 275 shares of KiOR securities on 3/18/14 at $0.6702/share.

I held Zero shares of KiOR securities as of June 15, 2014.

*[signature]* 4/22/17

DANE LARSON

REDACTED



SCOTTRADE INC
6305 MILLS CIVIC PARKWAY
SUITE 3119
WEST DES MOINES IA 50266
515-2219820

| Symbol | | | Account # | Tax Lot # | AT* | Cap* | AI* | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|
| KIOR | | | REDACTED | 20140306XVD48C0 | 1 | 1 | 4 | 3/6/2014 | 3/11/2014 |
| Buy/Sell | Quantity | CUSIP Number | Security Description | | | | | Coupon | Execution Time |
| Bought | 275 | 497217109 | KIOR INC CL A | | | | | | 10:36:04 |

| Price | Principal | Commission | State Tax | Misc. Fee* | MF Trans Fee* | Misc* | Interest | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1.51 | 415.25 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 422.25 |

ADDITIONAL INFORMATION:

*ADDL 20% MARG MAINT REQT*

UNSOLICITED ORDER

In accordance with your instructions we are confirming the transaction(s) reported on this document for your account, subject to the terms listed below. Please retain this confirmation for tax purposes. Notify Scottrade immediately if any information contained in this confirmation is not correct. This confirm will be deemed correct in all aspects unless written notice of any inaccuracy is promptly sent to us. Failure to notify us within ten (10) days constitutes your acceptance of this transaction. The agreement controlling this transaction and the explanation of the symbols is printed below.

### AGREEMENT

**It is agreed between Scottrade, Inc. ("Scottrade") and the Customer that:**

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade in connection with this transaction, will be provided upon request.
5. Should it become apparent that a dividend claim will be forthcoming after the settlement of this transaction, Scottrade reserves the right to withhold the claim amount from any proceeds or amount due.

### EXPLANATION OF CODED SYMBOLS

AT* - Account Type
    0. Broker Dealer
    1. Cash
    2. General Margin
    3. Short
    4. Special Subscription
    7. Flexible Reinvestment Program™

CAP* - Capacity in which the firm acted:
    1. As Agent for you we have sold or bought this security.
    2. As Principal we have sold to you or bought from you this security.
    3. As Agent for another we have sold to you or bought from you this security.
    4. As Agent for both buyer and seller.
    5. As Principal with commission equivalent charged.

AI* - Account Instructions
    1. Transfer and mail security to customer
    2. Hold security
    3. Safekeep security in customer name
    4. Safekeep security in street name
    5. Special written instructions
    J. Hold funds in account
    K. Mail check to customer on receipt of security
    L. Apply proceeds to purchase
    M. Special written instructions

Misc. Fee* - A regulatory transaction fee levied to recover costs associated with fees assessed to the firm by self regulatory organizations. The fee is calculated as a percentage of sale proceeds, and fractional amounts may be rounded up to the next cent. If your confirmation indicates an average price was received, the fee shown is the sum of fees charged to multiple partial fills, rounded up to the next cent.

MF Trans Fee* - Fees charged related to Mutual Fund transactions will display in this field, which may include the Contingent Deferred Sales Charge, short term redemption fee and/or transaction fees.

Misc* - Miscellaneous charges such as:
    Certificate Fees
    Postage and Handling
    Other



DANE LARSON

REDACTED

SCOTTRADE INC
6305 MILLS CIVIC PARKWAY
SUITE 3119
WEST DES MOINES IA 50266
515-2219820

| Symbol | | | Account # | Tax Lot # | AT* | Cap* | AI* | Trade Date | Settlement Date |
|---|---|---|---|---|---|---|---|---|---|
| KIOR | | | REDACTED | 20140318XSC408D | 1 | 1 | J | 3/18/2014 | 3/21/2014 |
| Buy/Sell | Quantity | CUSIP Number | Security Description | | | | | Coupon | Execution Time |
| Sold | 275 | 497217109 | KIOR INC CL A | | | | | | 11:17:28 |
| Price | Principal | Commission | State Tax | Misc. Fee* | MF Trans Fee* | | Misc* | Interest | Net Amount |
| 0.6702 | 184.31 | 7.92 | 0.00 | 0.01 | 0.00 | | 0.00 | 0.00 | 176.38 |

ADDITIONAL INFORMATION:

*ADDL 20% MARG MAINT REQT*

UNSOLICITED ORDER

In accordance with your instructions we are confirming the transaction(s) reported on this document for your account, subject to the terms listed below. Please retain this confirmation for tax purposes. Notify Scottrade immediately if any information contained in this confirmation is not correct. This confirm will be deemed correct in all aspects unless written notice of any inaccuracy is promptly sent to us. Failure to notify us within ten (10) days constitutes your acceptance of this transaction. The agreement controlling this transaction and the explanation of the symbols is printed below.

### AGREEMENT

**It is agreed between Scottrade, Inc. ("Scottrade") and the Customer that:**

1. All transactions are subject to the rules and regulations of the US Securities and Exchange Commission, the Federal Reserve Board, the Financial Industry Regulatory Authority, or any Market Center, Clearing Agency, or regulatory authority that may have jurisdiction over this transaction.
2. All securities carried in a margin account may at any time be hypothecated and commingled with securities carried for the account of other customers and loaned or pledged by Scottrade for a sum not to exceed 140% of the aggregate indebtedness of that margin account.
3. The Customer agrees to deliver securities sold and payment for securities bought to Scottrade no later than the settlement date. Otherwise, the securities may be bought in or sold out at the discretion of Scottrade. Failure to meet settlement may also result in the cancellation of this transaction or additional charges added to the account. Customer agrees to accept any liability resulting from any failure to complete the transaction. Pending full payment on purchase, securities may be hypothecated and commingled with other securities so purchased until payment is received.
4. On purchases the name of the seller, and on sales the name of the purchaser, date and time of transaction, as well as any additional remuneration received by Scottrade in connection with this transaction, will be provided upon request.
5. Should it become apparent that a dividend claim will be forthcoming after the settlement of this transaction, Scottrade reserves the right to withhold the claim amount from any proceeds or amount due.

### EXPLANATION OF CODED SYMBOLS

AT* - Account Type
    0. Broker Dealer
    1. Cash
    2. General Margin
    3. Short
    4. Special Subscription
    7. Flexible Reinvestment Program™

CAP* - Capacity in which the firm acted:
    1. As Agent for you we have sold or bought this security.
    2. As Principal we have sold to you or bought from you this security.
    3. As Agent for another we have sold to you or bought from you this security.
    4. As Agent for both buyer and seller.
    5. As Principal with commission equivalent charged.

AI* - Account Instructions
    1. Transfer and mail security to customer
    2. Hold security
    3. Safekeep security in customer name
    4. Safekeep security in street name
    5. Special written instructions
    J. Hold funds in account
    K. Mail check to customer on receipt of security
    L. Apply proceeds to purchase
    M. Special written instructions

Misc. Fee* - A regulatory transaction fee levied to recover costs associated with fees assessed to the firm by self regulatory organizations. The fee is calculated as a percentage of sale proceeds, and fractional amounts may be rounded up to the next cent. If your confirmation indicates an average price was received, the fee shown is the sum of fees charged to multiple partial fills, rounded up to the next cent.

MF Trans Fee* - Fees charged related to Mutual Fund transactions will display in this field, which may include the Contingent Deferred Sales Charge, short term redemption fee and/or transaction fees.

Misc* - Miscellaneous charges such as:
    Certificate Fees
    Postage and Handling
    Other

**Average Price:** For trades where an average price was used (due t[o]
execution is available by contacting your local branch office or regist[…]
reported to the IRS when applicable.

**Bond Ratings Disclosure:** This confirmation may contain informatic[…]
ratings agencies such as Standard & Poor's. Reproduction and distrib[…]
with the prior written permission of the related third party. Third part[…]
completeness, timeliness or availability of any information, including [...]
omissions (negligent or otherwise), regardless of the cause, or for th[…]
content providers give no express or implied warranties, including bu[…]
for a particular purpose or use. Third party content providers shall no[…]
compensatory, punitive, special or consequential damages, costs, ex[…]
profits and opportunity costs) in connection with any use of their cont[…]
opinions and are not statements of fact or recommendations to purch[…]
suitability of securities or the suitability of securities for investment p[…]

**Call Features:** If the trade confirmation notes that the security purc[…]
may affect yield, please contact your local branch office (or registere[…]
receive further information regarding the security.

**Canadian Securities:** Orders in Canadian securities executed on a [...]
brokerage fee, which is included in the price displayed on the confirm[…]
found on our website or by contacting your local branch office (or reg[…]

**Due Bill:** A due bill will show on all sale confirmations for a stock wh[…]
deliver securities sold to the buyer. The ratio displayed represents th[…]

**EMMA (Electronic Municipal Market Access):** This MSRB website[…]
municipal securities transactions. The information can be viewed, dov[…]
for the cusip number.

**Financial Transaction Tax:** The French government recently adopt[…]
The tax is imposed at 0.2% on the net purchases of a customer on th[…]
securities, ADRs and other securities issued by French-listed compani[…]
January 1st of the year during which the trade occurs. The French aut[…]
to the FTT. Scottrade intends to impose a fee equal to 0.2% of the pu[…]
offset taxes/charges incurred by Scottrade as a result of these transa[…]
Scottrade's customers and may be greater than or less than the tax i[…]
activity.

**Order Routing Disclosure:** Scottrade receives remuneration for dir[…]
centers for execution. Such remuneration is considered compensatior[…]
compensation received by the firm in connection with your transactior[…]
center to which any customer order is routed during the previous six [...]

**Short Transactions:** Should this trade, through the result of a short
transaction, you understand that you will be responsible for any resul[…]
incurred by us in connection with this "short" transaction.

**Requests for Additional Information:** Information requested by a[…]
confirmation shall be provided within five business days following the[…]
however, that in the case of information relating to a transaction exec[…]
receipt of a request, the information shall be given or sent to the cust[…]
of the request.

For a full explanation, please contact your local branch office (or regis[…]

Kior, Inv. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 3
P.O. Box 230
Media, PA 19063

REDACTED

KiOR, Inc. Securities Litigaton
c/o Strategic Claims Services
600 N. Jackson St., Ste. 3
P.O. Box 230
Media, PA 19069 3
USA

Date: 25th April 2017

Dear Sir/Madam,

With reference to your 'Notice of Pendency and Proposed Settlement of Class Action of February 17, 2017' the undersigned

      Franciscus Antonius Maria Schrijvers,

REDACTED

And    Anna Maria Schrijvers - van den Hoogenhof,

REDACTED

hereby request to be excluded from the Settlement Class in Carlton, et al., v. Cannon, et all., Case No. 4:15-cv-00012 (S.D. Tex.)

Attachments 1 and 2 provides all the details with respect to the acquisition of the KiOR securities, in total 60.431, which were deposited on a joint account of the undersigned with ABN AMRO in Leiden, The Netherlands.
Attachments 3 up to and including 7 provides all the details of the subsequent sales transaction of the in total 60.431 KiOR securities. From these attachments one can derive that the number of shares of KiOR securities held by the undersigned as of June 15, 2014 amounts to 37.931.

We trust that the provided information is adequate to exclude ourselves from the above mentioned Settlement. In case you require additional information please let us know.

Yours faithfully

F.A.M. Schrijvers                    A.M. Schrijvers - van den Hoogenhof

# Bevestiging ontvangen beleggingsproducten

Stationsweg  
Postbus 66  
2300 AB LEIDEN  
Tel: 0900-9219 (lokaal tarief)  
Internet: www.abnamro.nl

Mevrouw A. Schrijvers v d Hoogenhof  
en/of de heer F.A.M. Schrijvers  
Hoogenhof  
Oranje Nassaulaan 3-A  
2361 LA WARMOND

| Rekeningnummer | Datum | Onder nummer | Blad |
|---|---|---|---|
| 55.33.05.468 | 09-11-2012 | 26101279990 | 1/1 |

Wij ontvingen van  
/00001234  
COMPUTERSHARE

Van

Voor

Omschrijving  
SPRO/DRS REQUEST  
C0000101028  
FRANCISCUS ANTIONIUS MARIA SCHRIJVE  
RS

De beleggingsproducten 30.555 ST AAND KIOR. 242983



**Computershare**

Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within USA, US territories & Canada   800 962 4284
Outside USA, US territories & Canada   781 575 3120
www.computershare.com/investor
KiOR, Inc. is incorporated under the laws of the State of DE.

007178

FRANCISCUS ANTONIUS MARIA SCHRIJVERS
ORANJE NASSAULAAN 3-A
2361L A WARMOND
NETHERLANDS

**Holder Account Number**
C0000101028



| Company ID | KIOR |
|---|---|
| SSN/TIN Certified | No |

Uncertified accounts are subject to withholding taxes on dividend payments and sales proceeds.

## KiOR, Inc. - Direct Registration (DRS) Advice

### Transaction(s)

| Date | Transaction Description | Total Shares/Units | CUSIP | Class Description |
|---|---|---|---|---|
| 15 Oct 2012 | Transfer-(restricted) | 30,555.000000 | 497217109 | Class A Common Stock |

**Account Information:** Date: 15 Oct 2012 (Excludes transactions pending settlement)

| Current Direct Registration Balance | Total Shares/Units | Price Per Share | Value ($) | CUSIP | Class Description |
|---|---|---|---|---|---|
| 30,555.000000 | 30,555.000000 | 5.980000 | 182,718.90 | 497217109 | Class A Common Stock |

**IMPORTANT INFORMATION — RETAIN FOR YOUR RECORDS.**

This advice is your record of the share transaction in your account on the books of the Company as part of the Direct Registration System. This advice is neither a negotiable instrument nor a security, and delivery of it does not of itself confer any rights to the recipient. It should be kept with your important documents as a record of your ownership of these shares. No action on your part is required.

The IRS requires that we report the cost basis of certain shares acquired after January 1, 2011. If your shares were covered by the legislation and you have sold or transferred the shares and requested a specific cost basis calculation method, we have processed as requested. If you did not specify a cost basis calculation method, we have defaulted to the first in, first out (FIFO) method. Please visit our website or consult your tax advisor if you need additional information about cost basis.

Upon request, the Company will furnish to any shareholder, without charge, a full statement of the designations, rights (including rights under any Company's Rights Agreement, if any), preferences and limitations of the shares of each class and series authorized to be issued, and the authority of the Board of Directors to divide the shares into series and to determine and change rights, preferences and limitations of any class or series.

Assets are not deposits of Computershare and are not insured by the Federal Deposit Insurance Corporation, the Securities Investor Protection Corporation, or any other federal or state agency.

If you do not keep in contact with us or do not have any activity in your account for the time periods specified by state law, your property could become subject to state unclaimed property laws and transferred to the appropriate state.



40UDR     K I O R

00H5AB (Rev. 1/11)     Please see important PRIVACY NOTICE on reverse side of statement     001CS0003.dss.mix.042845_3767/007178/009101

**Bevestiging ontvangen beleggingsproducten**

Stationsweg  
Postbus 66  
2300 AB  LEIDEN  
Tel: 0900-9219 (lokaal tarief)  
Internet: www.abnamro.nl

Mevrouw A. Schrijvers v d Hoogenhof  
en/of de heer F.A.M.Schrijvers  
Hoogenhof  
Oranje Nassaulaan 3-A  
2361 LA  WARMOND

| Rekeningnummer | Datum | Onder nummer | Blad |
|---|---|---|---|
| 55.33.05.468 | 15-11-2012 | 01111205007 | 1/1 |

Wij ontvingen van  
/00001234  
COMPUTERSHARE

Van

Voor

Omschrijving  
SPRO//DRE REQUEST  
ACC. C0000101036  
ANNA MARIA SCHRIJVERS-VAN DER HOOGENHOF

De beleggingsproducten 29.876 ST AAND KIOR 242983



**Computershare**

Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within USA, US territories & Canada   800 962 4284
Outside USA, US territories & Canada   781 575 3120
www.computershare.com/investor

KiOR, Inc. is incorporated under the laws of the State of DE.

007179

ANNA MARIA SCHRIJVERS-VAN DEN HOOGENHOF

REDACTED

**Holder Account Number**
REDACTED



Company ID                 KIOR
SSN/TIN Certified          No

Uncertified accounts are subject to withholding taxes on dividend payments and sales proceeds.

## KiOR, Inc. - Direct Registration (DRS) Advice

### Transaction(s)

| Date | Transaction Description | Total Shares/Units | CUSIP | Class Description |
|---|---|---|---|---|
| 15 Oct 2012 | Transfer-(restricted) | 29,876.000000 | 497217109 | Class A Common Stock |

### Account Information: Date: 15 Oct 2012 (Excludes transactions pending settlement)

| Current Direct Registration Balance | Total Shares/Units | Price Per Share | Value ($) | CUSIP | Class Description |
|---|---|---|---|---|---|
| 29,876.000000 | 29,876.000000 | 5.980000 | 178,658.48 | 497217109 | Class A Common Stock |

**IMPORTANT INFORMATION — RETAIN FOR YOUR RECORDS.**

This advice is your record of the share transaction in your account on the books of the Company as part of the Direct Registration System. This advice is neither a negotiable instrument nor a security, and delivery of it does not of itself confer any rights to the recipient. It should be kept with your important documents as a record of your ownership of these shares. No action on your part is required.

The IRS requires that we report the cost basis of certain shares acquired after January 1, 2011. If your shares were covered by the legislation and you have sold or transferred the shares and requested a specific cost basis calculation method, we have processed as requested. If you did not specify a cost basis calculation method, we have defaulted to the first in, first out (FIFO) method. Please visit our website or consult your tax advisor if you need additional information about cost basis.

Upon request, the Company will furnish to any shareholder, without charge, a full statement of the designations, rights (including rights under any Company's Rights Agreement, if any), preferences and limitations of the shares of each class and series authorized to be issued, and the authority of the Board of Directors to divide the shares into series and to determine and change rights, preferences and limitations of any class or series.

Assets are not deposits of Computershare and are not insured by the Federal Deposit Insurance Corporation, the Securities Investor Protection Corporation, or any other federal or state agency.

If you do not keep in contact with us or do not have any activity in your account for the time periods specified by state law, your property could become subject to state unclaimed property laws and transferred to the appropriate state.

                        40UDR                        KIOR

00H5AB (Rev. 1/11)    Please see Important PRIVACY NOTICE on reverse side of statement    

AT 3

Private Banking Wassenaar
Postbus 110
2240 AC  WASSENAAR
TEL. 0800-0240733

Mevrouw A. Schrijvers v d Hoogenhof
en/of de heer F.A.M.Schrijvers
Oranje Nassaulaan 3-A
2361 LA  WARMOND

**Nota verkoop**
Opdracht gegeven via Internet Beleggen dd. 07-05-2014

| Soort portefeuille | Portefeuillenummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 55.33.05.468 | 09.20140507.00227718 | 00000001 | 08-05-2014 | 1/1 |

Wij hebben voor u verkocht op 07-05-2014 15:30:00
AAND KIOR

Fondscode: 242983      Beurs: NASDAQ /NMS/

|  | Prijs | Bedrag(USD) | Afrekenbedrag(EUR) |
|---|---|---|---|
| Uitgevoerd |  |  |  |
| ST 5.000 | 0,635 | 3.175,00 | 2.268,02 C |
| Provisie |  |  | 15,00 D |
| Kosten |  |  | 0,00 D |

1 EUR = 1,399899 USD

Totaal geboekt op 55.33.05.468         Valutadatum 12-05-2014         2.253,02 C

Private Banking Wassenaar
Postbus 110
2240 AC  WASSENAAR
TEL. 0800-0240733

Mevrouw A. Schrijvers v d Hoogenhof
en/of de heer F.A.M.Schrijvers
Oranje Nassaulaan 3-A
2361 LA  WARMOND

**Nota verkoop**
Opdracht gegeven via Internet Beleggen dd. 09-05-2014

| Soort portefeuille | Portefeuillenummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 55.33.05.468 | 09.20140509.00249234 | 00000002 | 12-05-2014 | 1/2 |

Wij hebben voor u verkocht op 09-05-2014
AAND KIOR

Fondscode: 242983        Beurs: NASDAQ /NMS/

| | Gem.prijs | Bedrag(USD) | | Afrekenbedrag(EUR) |
|---|---|---|---|---|
| Uitgevoerd | | | | |
| ST 10.000 | 0,62 | 6.200,00 | | 4.477,50 C |
| Provisie | | | | 16,22 D |
| Kosten | | | | 0,00 D |

1 EUR = 1,384700 USD

Specificatie uitvoeringen

| Nom. | Prijs | Waarde | Tijd |
|---|---|---|---|
| 203 | 0,62 | 125,86 | 16:28:00 |
| 4.000 | 0,62 | 2.480,00 | 16:26:00 |

Totaal geboekt op 55.33.05.468          Valutadatum 14-05-2014          4.461,28 C

Private Banking Wassenaar
Postbus 110
2240 AC  WASSENAAR
TEL. 0800-0240733

Mevrouw A. Schrijvers v d Hoogenhof
en/of de heer F.A.M.Schrijvers
Oranje Nassaulaan 3-A
2361 LA  WARMOND

**Nota verkoop**
Opdracht gegeven via Internet Beleggen dd. 27-05-2014

| Soort portefeuille | Portefeuillenummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 55.33.05.468 | 09.20140527.00256907 | 00000003 | 29-05-2014 | 1/1 |

Wij hebben voor u verkocht op 28-05-2014 16:04:00
AAND KIOR

Fondscode: 242983        Beurs: NASDAQ /NMS/

| | Prijs | Bedrag(USD) | Afrekenbedrag(EUR) |
|---|---|---|---|
| Uitgevoerd | 0,55 | | |
| ST 7.500 | | 4.125,00 | 3.018,44 C |
| Provisie | | | 15,00 D |
| Kosten | | | 0,00 D |

1 EUR = 1,366600 USD

Totaal geboekt op 55.33.05.468           Valutadatum 02-06-2014                    3.003,44 C

*aut 6*

Private Banking Wassenaar
Postbus 110
2240 AC  WASSENAAR
TEL. 0800-0240733

Mevrouw A. Schrijvers v d Hoogenhof
en/of de heer F.A.M.Schrijvers
Oranje Nassaulaan 3-A
2361 LA  WARMOND

**Nota verkoop**
Opdracht gegeven via Internet Beleggen dd. 21-07-2014

| Soort portefeuille | Portefeuillenummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 55.33.05.468 | 09.20140721.00287612 | 00000004 | 22-07-2014 | 1/1 |

Wij hebben voor u verkocht op 21-07-2014 17:55:00
AAND KIOR

Fondscode: 242983          Beurs: NASDAQ /NMS/

| | Prijs | Bedrag(USD) | Afrekenbedrag(EUR) |
|---|---|---|---|
| Uitgevoerd | | | |
| ST 7.715 | 0,36 | 2.777,40 | 2.044,01 C |
| Provisie | | | 15,00 D |
| Kosten | | | 0,00 D |

1 EUR = 1,358801 USD

Totaal geboekt op 55.33.05.468         Valutadatum 24-07-2014         2.029,01 C

Private Banking Wassenaar
Postbus 110
2240 AC  WASSENAAR
TEL. 0800-0240733

Mevrouw A. Schrijvers v d Hoogenhof
en/of de heer F.A.M.Schrijvers
Oranje Nassaulaan 3-A
2361 LA  WARMOND

**Nota verkoop**
Opdracht gegeven via kantoor dd. 18-12-2014

| Soort portefeuille | Portefeuillenummer | Opdrachtnummer | Volgnummer | Datum afschrift | Blad |
|---|---|---|---|---|---|
| INZAKE UW EFFECTENDEPOT | 55.33.05.468 | 01.20141218.35191536 | 00000005 | 19-12-2014 | 1/1 |

Wij hebben voor u verkocht op 18-12-2014
AAND KIOR                           Fondscode: 242983        Beurs: KNIGHT LINK

| Uitgevoerd | Gem.prijs | | Bedrag(USD) | | Afrekenbedrag(EUR) |
|---|---|---|---|---|---|
| ST 30.216 | 0,0085 | | 256,84 | | 208,00 C |
| Provisie | | | | | 0,00 D |
| Kosten | | | | | 0,00 D |

1 EUR = 1,234800 USD

Specificatie uitvoeringen

| Nom. | Prijs | Waarde | Tijd |
|---|---|---|---|
| 3.013 | 0,0085 | 25,61 | 15:32:00 |
| 27.203 | 0,0085 | 231,22 | 15:30:00 |

Totaal geboekt op 55.33.05.468                 Valutadatum 23-12-2014                208,00 C



```
AANGETEKENDE BRIEF
Postage Paid NL € 16,95
                                    172651  26-04-2017 09:18
47gr
RECOMMANDÉ                   PRIORITY   US

RN080065881NL        US pa19063
```

KBR, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 3
P.O. Box 230
Media, PA 19063
United States of America