

Phillip Kim, Esq.
pkim@rosenlegal.com

June 5, 2017

**VIA ECF**

Hon. Lee H. Rosenthal
Chief United States District Judge
United States Courthouse
515 Rusk Street, Room 11535
Houston, Texas 77002

    Re:    *Carlton, et al. v. Cannon, et al.*, Case No. 4:15-cv-00012 (S.D.T.X.)

Dear Judge Rosenthal:

    We write on behalf of Lead Plaintiffs and the Class in the above-referenced matter. As directed by Your Honor at the Final Approval Hearing held on May 30, 2017, submitted herewith is a revised version of the [Proposed] Order Granting Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs reflecting modifications discussed at the hearing.

    Further, also attached to this letter is a revised version of the [Proposed] Order and Final Judgment to replace the documents filed on April 26, 2017 and May 23, 2017 (Dkt. Nos. 149-1 and 155-2). The previously filed versions of this proposed order differ slightly from the version filed as Exhibit B to the Stipulation and Agreement of Settlement filed on February 14, 2017 (Dkt. No. 141-5). The attached proposed order corrects this inadvertent error and was modified with the approval of all parties.

                                      Respectfully submitted,

                                      Phillip Kim, Esq.

cc:    All counsel of record via ECF

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827